**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINIOS**

| | | |
|---|---|---|
| In re: BRIAN S. SHERRER | § | Case No. 10-70522 |
| SHEILA K. SHERRER | § | |
| | § | |
| Debtors | § | |

**CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT**

Lydia S. Meyer, chapter 13 trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C § 1302(b)(1). The trustee declares as follows:

1) The case was filed on 02/09/2010.

2) The plan was confirmed on 07/09/2010.

3) The plan was modified by order after confirmation pursuant to 11 U.S.C § 1329 on NA.

4) The trustee filed action to remedy default by the debtor in performance under the plan on 07/06/2011.

5) The case was dismissed on 08/26/2011.

6) Number of months from filing or conversion to last payment: 14.

7) Number of months case was pending: 20.

8) Total value of assets abandoned by court order: NA.

9) Total value of assets exempted: $3,200.00.

10) Amount of unsecured claims discharged without full payment: $0.00.

11) All checks distributed by the trustee relating to this case have cleared the bank.

UST Form 101-13-FR-S (9/1/2009)

### Receipts:

| | |
|---|---|
| Total paid by or on behalf of the debtor | $ 3,987.50 |
| Less amount refunded to debtor | $ 0.00 |
| **NET RECEIPTS** | **$ 3,987.50** |

### Expenses of Administration:

| | |
|---|---|
| Attorney's Fees Paid Through the Plan | $ 1,399.13 |
| Court Costs | $ 0.00 |
| Trustee Expenses & Compensation | $ 252.23 |
| Other | $ 0.00 |
| **TOTAL EXPENSES OF ADMINISTRATION** | **$ 1,651.36** |
| Attorney fees paid and disclosed by debtor: | $ 0.00 |

### Scheduled Creditors:

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|---|---|---|
| BALSLEY & DAHLBERG LLP | Lgl | 3,500.00 | 3,500.00 | 3,500.00 | 1,399.13 | 0.00 |
| SANTANDER CONSUMER | Sec | 2,100.00 | 2,100.00 | 2,100.00 | 2,100.00 | 101.90 |
| SANTANDER CONSUMER | Uns | 729.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| INTERNAL REVENUE SERVICE | Pri | 1,200.00 | 2,707.00 | 2,707.00 | 134.24 | 0.00 |
| AT&T PHONE SERVICE | Uns | 600.00 | NA | NA | 0.00 | 0.00 |
| ACE | Uns | 300.00 | NA | NA | 0.00 | 0.00 |
| ADVANCE AMERICA | Uns | 986.00 | NA | NA | 0.00 | 0.00 |
| ADVANCE CASH EXPRESS | Uns | 111.94 | NA | NA | 0.00 | 0.00 |
| AMCORE BANK NA | Uns | 700.00 | NA | NA | 0.00 | 0.00 |
| AMERICAN CASH-N-GO | Uns | 5,637.02 | 3,012.52 | 0.00 | 0.00 | 0.00 |
| AMERICASH LOANS | Uns | 260.25 | NA | NA | 0.00 | 0.00 |
| ATTORNEY FRANK M. BONIFACIC | Uns | 145.00 | NA | NA | 0.00 | 0.00 |
| BUSINESSMENS COLLECTION | Uns | 2,000.00 | NA | NA | 0.00 | 0.00 |
| CAPITAL ONE | Uns | 1,415.00 | NA | NA | 0.00 | 0.00 |
| MUTUAL MANAGEMENT SERVICES | Uns | 1,702.93 | 1,702.93 | 1,702.93 | 0.00 | 0.00 |
| CFS RECEIVABLE MANAGEMENT | Uns | 175.00 | NA | NA | 0.00 | 0.00 |
| CHECK-IT | Uns | 80.80 | NA | NA | 0.00 | 0.00 |
| CHIROWORKS | Uns | 135.41 | 51.80 | 51.80 | 0.00 | 0.00 |

UST Form 101-13-FR-S (9/1/2009)

## Scheduled Creditors:

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|---|---|---|
| CITY OF TAMPA | Uns | 150.00 | NA | NA | 0.00 | 0.00 |
| COLLECTION SYSTEMS OF | Uns | 1,895.62 | NA | NA | 0.00 | 0.00 |
| COMMONWEALTH EDISON | Uns | 1,188.77 | NA | NA | 0.00 | 0.00 |
| DIRECTV INC | Uns | 322.00 | NA | NA | 0.00 | 0.00 |
| DISH NETWORK CUSTOMER | Uns | 572.00 | NA | NA | 0.00 | 0.00 |
| DIVERSIFIED ADJUSTMENT | Uns | 500.00 | NA | NA | 0.00 | 0.00 |
| DR. REEDY CHAD | Uns | 500.00 | NA | NA | 0.00 | 0.00 |
| FERGUSON ENTERPRISES | Uns | 1,300.00 | NA | NA | 0.00 | 0.00 |
| FHN MEMORIAL HOSPITAL | Uns | 9,697.09 | NA | NA | 0.00 | 0.00 |
| FIFTH THIRD BANK | Uns | 900.00 | NA | NA | 0.00 | 0.00 |
| FREEPORT FAMILY CHIROPRATIC | Uns | 374.00 | NA | NA | 0.00 | 0.00 |
| FREEPORT HEALTH NETWORK | Uns | 9,553.00 | NA | NA | 0.00 | 0.00 |
| GILLS FREEPORT DISPOSAL INC | Uns | 150.00 | NA | NA | 0.00 | 0.00 |
| HARBACHS MEATS | Uns | 200.00 | NA | NA | 0.00 | 0.00 |
| HARLAND FUNDING | Uns | 3,500.00 | NA | NA | 0.00 | 0.00 |
| HSBC BANK | Uns | 179.75 | NA | NA | 0.00 | 0.00 |
| IC SYSTEMS | Uns | 246.00 | NA | NA | 0.00 | 0.00 |
| ILLINI CASH ADVANCE | Uns | 400.00 | NA | NA | 0.00 | 0.00 |
| ILLINOIS TITLE LOANS | Uns | 400.00 | NA | NA | 0.00 | 0.00 |
| INSIGHT COMMUNICATION D/B/A | Uns | 400.00 | NA | NA | 0.00 | 0.00 |
| MAF COLLECTION SERVICES | Uns | 432.00 | NA | NA | 0.00 | 0.00 |
| MERCHANT ASSOCIATION | Uns | 102.00 | NA | NA | 0.00 | 0.00 |
| MIDLAND CREDIT MANAGEMENT | Uns | 477.37 | 798.25 | 798.25 | 0.00 | 0.00 |
| MUTUAL MANAGEMENT SERVICES | Uns | 40.00 | NA | NA | 0.00 | 0.00 |
| NICOR GAS | Uns | 453.54 | 1,231.37 | 1,231.37 | 0.00 | 0.00 |
| PROFESSIONAL AMERICAN | Uns | 642.92 | NA | NA | 0.00 | 0.00 |
| ROCKFORD MERCANTILE AGENCY | Uns | 5,918.04 | NA | NA | 0.00 | 0.00 |
| SAMS CLUB | Uns | 496.00 | NA | NA | 0.00 | 0.00 |
| SECURITY FINANCE | Uns | 240.00 | 200.00 | 200.00 | 0.00 | 0.00 |
| SOCIAL SECURITY | Uns | 3,200.00 | NA | NA | 0.00 | 0.00 |
| SPECIALIZED CARD SERVICE | Uns | 98.00 | NA | NA | 0.00 | 0.00 |
| SPRINT | Uns | 600.00 | NA | NA | 0.00 | 0.00 |
| STATE COLLECTION SERVICE INC | Uns | 1,250.00 | NA | NA | 0.00 | 0.00 |
| TAMPA ELECTRIC | Uns | 330.41 | 330.41 | 330.41 | 0.00 | 0.00 |
| COTTONWOOD FINANCIAL | Uns | 780.00 | 602.14 | 602.14 | 0.00 | 0.00 |

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|---|---|---|
| BRIGHT HOUSE NETWORKS | Uns | 300.00 | 808.12 | 808.12 | 0.00 | 0.00 |
| US BANK NA | Uns | 347.63 | 347.63 | 347.63 | 0.00 | 0.00 |
| US CELLULAR | Uns | 2,000.00 | NA | NA | 0.00 | 0.00 |
| UGLY DUCKLING CAR SALES | Uns | 3,000.00 | NA | NA | 0.00 | 0.00 |
| VERIZON | Uns | 1,144.73 | NA | NA | 0.00 | 0.00 |
| VICTORIA INSURANCE | Uns | 3,641.69 | NA | NA | 0.00 | 0.00 |
| MIDLAND CREDIT MANAGEMENT | Uns | 0.00 | 701.33 | 701.33 | 0.00 | 0.00 |
| AMERICAN INFOSOURCE LP AS | Uns | 0.00 | 432.77 | 432.77 | 0.00 | 0.00 |
| AMERICAN INFOSOURCE LP AS | Uns | 0.00 | 216.57 | 216.57 | 0.00 | 0.00 |
| TRI STATE ADJUSTMENTS | Uns | 0.00 | 95.21 | 95.21 | 0.00 | 0.00 |
| TRI STATE ADJUSTMENTS | Uns | 0.00 | 165.10 | 165.10 | 0.00 | 0.00 |
| TRI STATE ADJUSTMENTS | Uns | 0.00 | 158.50 | 158.50 | 0.00 | 0.00 |
| MIDLAND CREDIT MANAGEMENT | Uns | 0.00 | 719.09 | 719.09 | 0.00 | 0.00 |
| AMERICAN CASH-N-GO | Uns | 0.00 | 2,624.50 | 0.00 | 0.00 | 0.00 |
| RJM ACQUISITIONS LLC | Uns | 0.00 | 303.92 | 303.92 | 0.00 | 0.00 |
| FREEPORT SCHOOL DISTRICT 145 | Uns | 300.00 | NA | NA | 0.00 | 0.00 |

UST Form 101-13-FR-S (9/1/2009)

**Summary of Disbursements to Creditors:**

|  | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|
| **Secured Payments:** | | | |
| Mortgage Ongoing | $ 0.00 | $ 0.00 | $ 0.00 |
| Mortgage Arrearage | $ 0.00 | $ 0.00 | $ 0.00 |
| Debt Secured by Vehicle | $ 2,100.00 | $ 2,100.00 | $ 101.90 |
| All Other Secured | $ 0.00 | $ 0.00 | $ 0.00 |
| **TOTAL SECURED:** | $ 2,100.00 | $ 2,100.00 | $ 101.90 |
| **Priority Unsecured Payments:** | | | |
| Domestic Support Arrearage | $ 0.00 | $ 0.00 | $ 0.00 |
| Domestic Support Ongoing | $ 0.00 | $ 0.00 | $ 0.00 |
| All Other Priority | $ 2,707.00 | $ 134.24 | $ 0.00 |
| **TOTAL PRIORITY:** | $ 2,707.00 | $ 134.24 | $ 0.00 |
| **GENERAL UNSECURED PAYMENTS:** | $ 8,865.14 | $ 0.00 | $ 0.00 |

**Disbursements:**

| | |
|---|---|
| Expenses of Administration | $ 1,651.36 |
| Disbursements to Creditors | $ 2,336.14 |
| **TOTAL DISBURSEMENTS:** | $ 3,987.50 |

UST Form 101-13-FR-S (9/1/2009)

12) The trustee certifies that, pursuant to Federal Rule of Bankruptcy Procedure 5009, the estate has been fully administered, the foregoing summary is true and complete, and all administrative matters for which the trustee is responsible have been completed.  The trustee requests a final decree be entered that discharges the trustee and grants such other relief as may be just and proper.

Date:  10/19/2011         By:  /s/ Lydia S. Meyer
                               Trustee

**STATEMENT:**   This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

UST Form 101-13-FR-S (9/1/2009)